Abel Acosta, Clerk

5-06-15

T.C.C.A.

AP. 76,142

P.O. BOX 12308 Cap. Station

Austin, Texas
78711

RE: Trial Court Case # F-2008-0423-CWHCI

Dear mr. Abel Acosta:

I am writing this response According to a MANDATE I received on MAY 26, 2009. I was given a written notice to file a notice of appeal within 30 days, from the date of my MANDATE. Due to my 30 days of my mandate CAN I still file a notice of appeal?

Sincerely,

Juan Escobar Jr.

JUAN ESCobar Jr.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk